IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY MONEYHAM, : No. 3:16cv211
    Petitioner :
: (Judge Munley)
  v. :
: (Magistrate Judge Saporito)
DAVID J. EBBERT, :
    Defendant :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 26th day of November 2018, it is hereby **ORDERED** as follows:

    1) The petitioner's objections (Doc. 16) to the report and recommendation are hereby **OVERRULED**;

    2) The magistrate judge's report and recommendation (Doc. 13) is **ADOPTED**;

    3) The petition for a writ of habeas corpus (Doc. 1) under 28 U.S.C. § 2241 is **DENIED**;

    4) Because of the reasoning in the attached memorandum we decline to issue a certificate of appealability; and

    5) The Clerk of Court is directed to close this case.

                            **BY THE COURT:**

                            s/ James M. Munley
                            **JUDGE JAMES M. MUNLEY**
                            **United States District Court**